

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SAMIR IBRAHIMOV,

Petitioner,

v.

CHRISTOPHER J. LAROSE, *et al.*,

Respondents.

Case No. 26-cv-02526-BAS-MSB

**ORDER DENYING PETITION (ECF No. 1)**

This is Petitioner Samir Ibrahimov's third successive habeas petition alleging that his detention in immigration custody has been prolonged and excessive. On January 13, 2026, Petitioner filed the first such petition, which was denied at oral argument on January 30, 2026. The Court found Petitioner's detention had not been unreasonably prolonged. *See* Case No. 26-cv-00196-BAS-BJW.

On February 24, 2026, Petitioner filed a second habeas petition, again alleging that his detention had been prolonged and excessive. On March 24, 2026, the Court issued a written order finding:

26cv2526

Petitioner was arrested on June 2, 2025, so he has been detained a little over nine months and, by the time he has his merits hearing [on May 1, 2026], he will have been detained 11 months. There is no evidence presented that the Government has been causing or unreasonably delaying Petitioner's immigration proceedings. In fact, at least one continuance has been at his attorney's request. Adopting the factors listed in *Lopez v. Garland*, 631 F. Supp. 3d 870, 879 (E.D. Cal. 2022), the Court finds his detention at this point has not been unreasonably or arbitrarily prolonged.

*See* Case No. 26-cv-01187-BAS-BJW, at ECF No. 7. Nothing has changed since the Court issued that order. Petitioner is still pending his merits hearing on May 1, 2026. He still has presented no evidence that the Government has been causing or unreasonably delaying his immigration proceedings. Hence, for all the reasons previously given to Petitioner, his third Petition is **DENIED**.

The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: April 28, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv2526